IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JAMES, | ) | No. C 12-1475 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN KEVIN CHAPPELL, | ) | |
| Respondent. | ) | |

The Court has granted Respondent's motion to dismiss for failure to exhaust. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/12/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\James475jud.wpd